**No. 62537.**—Scandinavian Design et al. v. United States, protests 327721–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim at 19 percent under the provision in paragraph 412, as modified, *supra*, for "Furniture, * * * Chairs," was sustained.   The items marked "B," stipulated to consist of furniture the same as that in C. A. D. 669, *supra*, were held dutiable at 11½ percent under the provision in said paragraph 412, as modified, *supra*, for other furniture.

**No. 62538.**—Fieldston Trading Co., Inc. v. United States, protest 317780–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of furniture similar in all material respects to that the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62539.**—Richter Bros., Inc. v. United States, protests 326587–K, etc.   (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (45 C. C. P. A. 128, C. A. D. 649), the claim of the plaintiff was sustained.